AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Santoro, Frank J. | U. S. Bankruptcy Court, EDVA | 07/30/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. Bankruptcy Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

600 Granby Street
Norfolk, Virginia 23510

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Santoro, Frank J. | 07/30/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Tidewater Bankruptcy Bar Ass'n | 02/10/2012 to 02/10/2012 | Virginia Beach, VA | Participate in professional education | Food, lodging, transportation |
| 2. | American College of Bankruptcy | 03/15/2012 to 03/16/2012 | Washington, D.C. | Participate in professional education seminar | Food, lodging, transportation |
| 3. | Richmond Bar Association | 04/30/2012 to 04/30/2012 | Richmond, VA | Participate in professional education | Food, lodging, transportation |
| 4. | Alabama Bar Association | 06/06/2012 to 06/08/2012 | Destin, FLA | Teach at professional education seminar | Food, lodging, transportation |
| 5. | Virginia CLE Foundation | 09/14/2012 to 09155/2012 | Charlottesville, VA | Teach at professional education seminar | Food, lodging, transportation |

| Name of Person Reporting | Date of Report |
|---|---|
| **Santoro, Frank J.** | 07/30/2013 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | Capital Region Bankruptcy Bar Association | 11/01/2012 to 11/04/2012 | Cooperstown, N. Y. | Teach at professional education seminar | Food, lodging, transportation |
| 7. | Allegheny County Bar Association | 12/06/2012 to 12/07/2012 | Pittsburgh, PA | Teach at porfessional education seminar | Food, lodging, transportation |

| Name of Person Reporting | Date of Report |
|---|---|
| Santoro, Frank J. | 07/30/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Santoro, Frank J. | 07/30/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Farm, 1/2 interest, Isle of Wight County, Virginia July 03 | | None | N | W | | | | | |
| 2. FSNC, LLC, 88% Membership Interest | | None | N | W | | | | | |
| 3. Milcamp Self Storage | | None | | | Sold | 08/01/12 | J | A | Richard Allred |
| 4. Geeks on Call, Convertible Preferred Stock | | None | J | W | | | | | |
| 5. Waterside Capital Corporation | | None | J | T | | | | | |
| 6. Hampton Roads Bankshares Inc.under UGMA Y | A | Dividend | J | T | | | | | |
| 7. Gateway Fund Class A | A | Int./Div. | J | T | | | | | |
| 8. Blackrock Global Allocation Fund Inc A | | | | | Sold | 05/10/12 | J | A | |
| 9. Ivy Asset Strategy Fund Class A | | | L | T | | | | | |
| 10. Growth Fund of America Class A | A | Int./Div. | M | T | | | | | |
| 11. New Perspective Fund Inc. Class A | B | Int./Div. | L | T | | | | | |
| 12. Washington Mutual Inv. Fund Inc. Class A | B | Dividend | M | T | | | | | |
| 13. Capital World Growth and Income Fund Inc. | B | Int./Div. | L | T | | | | | |
| 14. New World Fund Inc. Class A | A | Int./Div. | L | T | | | | | |
| 15. Pace Money Market Investments Fund Class P | A | Int./Div. | K | T | | | | | |
| 16. Oppenheimer Developing Markets Fund Class A | A | Int./Div. | | | Sold | 05/10/12 | K | B | |
| 17. Royce Premier Fund | A | Int./Div. | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Santoro, Frank J. | 07/30/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Pimco Emerging Markets Local Bond Fund A | A | Int./Div. | J | T | | | | | |
| 19. Natixsis ASG Global Fund Alternative A | A | Int./Div. | | | Sold | 05/10/12 | K | B | |
| 20. Prudential Jennison Natural Resources Fund Inc A | B | Int./Div. | L | T | | | | | |
| 21. Blackrock Global Allocation Fund Inc A | A | Int./Div. | | | Sold | 02/09/12 | L | C | |
| 22. Oakmark Equity and Income Fund Class A | A | Int./Div. | | | Sold | 02/09/12 | K | A | |
| 23. Oakmark Equity and Income Fund Class 1 | B | Int./Div. | K | T | | | | | |
| 24. Davenport Prime Cash Trust | B | Int./Div. | | | Sold | 11/30/12 | K | B | |
| 25. AMCAP Fund Inc., Class A | A | Int./Div. | K | T | | | | | |
| 26. New Economy Fund Class A | A | Int./Div. | K | T | | | | | |
| 27. Ivy Mid-Cap Growth Fund Class A | A | Int./Div. | J | T | | | | | |
| 28. JP Morgan Large Cap Growth Fund Class A | A | Int./Div. | K | T | | | | | |
| 29. Franklin Templeton Global Bond Fund Class A | A | Int./Div. | K | T | | | | | |
| 30. Loomis Sayles Strategic Income Fund | A | Int./Div. | J | T | | | | | |
| 31. Pimco All Assets Auth A | A | Int./Div. | K | T | | | | | |
| 32. Pimco Global Multi Asset Fund Class A | A | Int./Div. | K | T | | | | | |
| 33. First Eagle Global Fund Class A | A | Int./Div. | K | T | | | | | |
| 34. American Mutual Class A | A | Int./Div. | L | T | Buy | 07/02/12 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Santoro, Frank J. | 07/30/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Fundamental Investors Class A | A | Int./Div. | K | T | Buy | 07/02/12 | L | | |
| 36. Williamsburg Davenport Fund | A | Int./Div. | L | T | Buy | 11/30/12 | L | | |
| 37. Fidelity Advisor Real estate Income Fund Class A | B | Int./Div. | J | T | Buy | 02/09/12 | J | | |
| 38. Yachtman Fund Service | B | Int./Div. | L | T | Buy | 02/09/12 | L | | |
| 39. Delaware Diversified Income Fund Class A | B | Int./Div. | K | T | Buy | 02/09/12 | K | | |
| 40. Loomis Sayles Investment Grade Bond Fund Class A | A | Int./Div. | K | T | Buy | 08/09/12 | K | | |
| 41. Pimco Real Return Fund Class A | A | Int./Div. | J | T | Buy | 02/09/12 | J | | |
| 42. Pimco Totsl Return Funhd Class A | A | Int./Div. | J | T | Buy | 08/09/12 | J | | |
| 43. Mainstay Market Field Fund Class A | A | Int./Div. | K | T | Buy | 08/09/12 | K | | |
| 44. Allianz AGIC Income & Growth Fund Class A | A | Int./Div. | K | T | Buy | 08/13/12 | K | | |
| 45. Prudential Real Estate Fund Class A | A | Int./Div. | K | T | Buy | 08/09/12 | K | | |
| 46. Virtus Emerging Markets Opportunities Fund Class A | B | Int./Div. | K | T | Buy | 08/09/12 | K | | |
| 47. | | | | | | | | | |
| 48. | | | | | | | | | |
| 49. | | | | | | | | | |
| 50. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Santoro, Frank J. | 07/30/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII.

Lines 6 and 7 are holdings owned by my son who is no longer a minor. I am still reflected on the account statements.

Holdings in lines 10, 11, 12, 13, 14, 25, 26, 34, 35, and 36 are mutual funds maintained at Davenport and Company

Holdings in lines 8, 9, 15 through 24 inclusive, 27 through 33 inclusive and 37 through 46 inclusive are mutual funds maintained at UBS.

.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Frank J. Santoro**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544